IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40585
Summary Calendar

_____

KEVIN HAILEY,

Plaintiff-Appellant,

versus

MIKE SCOTT, Individually and in his official capacity as
Chief of Police Atlanta, TX.; ET AL.,

Defendants,

MIKE SCOTT, Individually and in his official capacity as Chief of
Police Atlanta, TX.; ATLANTA CITY OF TX.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:94-CV-7
- - - - - - - - - -
May 9, 1997

Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Kevin Hailey filed suit against Mike Scott, individually and in his official capacity as Chief of Police, and the City of Atlanta, Texas for violating his Fourth Amendment Rights guarding against arrest without probable cause. We have reviewed the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

record and find no reversible error.  We affirm the order granting summary judgment in favor of Scott and the City of Atlanta, Texas, for essentially the reasons given by the district court.  See Hailey v. Scott, No. 5:94-CV-7 (E.D. Tex. May 31, 1996).

AFFIRMED.